167 So.2d 668

### TRI-STATE OIL TOOL INDUSTRIES, INC.

v.

### J. H. ANDERSON.

No. 47431.

Oct. 7, 1964.

In re: Fred E. Cooper, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Richland. 165 So.2d 612.

Writ refused. The result is correct.

167 So.2d 668

### Douglas E. MAXWELL et al.

v.

### FARR DRILLING & PRODUCTION COMPANY.

No. 47432.

Oct. 7, 1964.

In re: Fred E. Cooper, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Richland. 165 So.2d 611.

Writ refused. The result is correct.